| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kaufman, Victoria S. | 2. Court or Organization<br><br>California - Bankruptcy Court | 3. Date of Report<br><br>08/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Tennis Channel, salary |
| 2. 2011 | ATP, Board member fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kaufman, Victoria S.** | 08/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | School Tuition | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Citibank accounts | A | Interest | J | T | | | | | |
| 2.   JPMorgan Chase (successor to Washington Mutual) accounts | | None | J | T | | | | | |
| 3.   Trust # 1 | | | | | | | | | |
| 4.   -- No reportable assets | | | | | | | | | |
| 5.   Kaufman Investments LLC | A | Interest | K | U | | | | | |
| 6.   Brokerage Acct. # 1 | | | | | | | | | |
| 7.   -- Money Market Account (Mesirow Financial) | A | Dividend | K | T | Sold (part) | 01/19/11 | K | | |
| 8. | | | | | Sold (part) | 03/03/11 | K | | |
| 9. | | | | | Buy | 06/07/11 | K | | |
| 10.   -- Connacher Oil & Gas Ltd. | | None | K | T | | | | | |
| 11.   -- Kandi Technologies | | None | L | T | Buy | 01/13/11 | K | | |
| 12. | | | | | Buy | 02/28/11 | K | | |
| 13. | | | | | Buy | 03/03/11 | J | | |
| 14.   -- Vantage Drilling | | None | K | T | Sold (part) | 06/01/11 | K | D | |
| 15.   Brokerage Acct. #2 | | | | | | | | | |
| 16.   -- Money Market Account (Goldman Sachs) | B | Interest | M | T | | | | | |
| 17.   -- Banco Santander USA | A | Dividend | | | Buy | 01/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 01/18/11 | J | B | |
| 19. -- Chindex International, Inc. CMN | None | K | T | | Buy | 09/28/11 | J | | |
| 20. | | | | | Sold | 10/17/11 | J | | |
| 21. | | | | | Buy | 11/29/11 | J | | |
| 22. -- Connacher Oil & Gas Ltd. | None | K | T | | Buy | 09/16/11 | J | | |
| 23. | | | | | Buy | 11/16/11 | J | | |
| 24. -- Equal Energy Ltd. | None | K | T | | Buy | 07/29/11 | J | | |
| 25. | | | | | Buy | 08/01/11 | J | | |
| 26. | | | | | Buy | 08/09/11 | J | | |
| 27. | | | | | Buy | 08/11/11 | J | | |
| 28. | | | | | Buy | 12/23/11 | J | | |
| 29. | | | | | Buy | 12/27/11 | J | | |
| 30. -- Kandi Technologies Corp. | None | L | T | | Sold (part) | 01/12/11 | J | | |
| 31. | | | | | Buy | 02/04/11 | J | | |
| 32. | | | | | Buy | 02/09/11 | J | | |
| 33. | | | | | Buy | 02/22/11 | J | | |
| 34. | | | | | Buy | 02/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 03/03/11 | J | | |
| 36. | | | | | Buy | 03/17/11 | J | | |
| 37. | | | | | Buy | 04/01/11 | J | | |
| 38. | | | | | Buy | 04/05/11 | J | | |
| 39. | | | | | Buy | 04/11/11 | J | | |
| 40. | | | | | Buy | 05/26/11 | J | | |
| 41. | | | | | Buy | 06/07/11 | J | | |
| 42. -- Net 1 UEPS Technologies, Inc. CMN | | None | K | T | | | | | |
| 43. -- Orexigen Therapeutics | | None | | | Sold (part) | 01/11/11 | J | C | |
| 44. | | | | | Sold (part) | 01/14/11 | J | C | |
| 45. | | | | | Sold | 01/26/11 | J | C | |
| 46. -- Premier Exhibitions Inc. CMN | | None | J | T | | | | | |
| 47. -- Pvt BK Corp. (Private Bancorp.) | A | Dividend | | | Buy | 08/11/11 | J | | |
| 48. | | | | | Sold | 10/28/11 | J | A | |
| 49. -- Rand Acquisition Corp. CMN | | None | J | T | Sold (part) | 02/24/11 | J | | |
| 50. -- Rmour Residential REIT INC | A | Dividend | | | Sold | 01/12/11 | K | | |
| 51. | | | | | Buy | 01/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/07/11 | K | A | |
| 53. | | | | | Buy | 04/13/11 | J | | |
| 54. | | | | | Sold (part) | 05/05/11 | J | A | |
| 55. | | | | | Sold | 05/09/11 | J | A | |
| 56. --Sigma Designs - Common | | None | K | T | | | | | |
| 57. -- Stealthgas, Inc. | | None | K | T | Buy | 07/15/11 | J | | |
| 58. | | | | | Buy | 07/22/11 | J | | |
| 59. | | | | | Buy | 10/07/11 | J | | |
| 60. | | | | | Buy | 11/18/11 | J | | |
| 61. -- Vantage Drilling | | None | K | T | | | | | |
| 62. -- Virnetx Holding Corp. | | None | | | Buy | 10/06/11 | J | | |
| 63. | | | | | Sold | 10/07/11 | J | A | |
| 64. -- Wonder Auto Techn. | | None | J | T | Buy | 03/29/11 | J | | |
| 65. -- Yongye International | | None | J | T | | | | | |
| 66. Brokerage Acct. #3 | | | | | | | | | |
| 67. -- Money Market Account (Goldman Sachs) | | | | | Redeemed | 09/22/09 | J | | |
| 68. 529 Acct. # 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- CA Conservative (index) | | None | | | Sold | 11/04/11 | J | | |
| 70. -- CA Portfolio 2015 (index) | | None | | | Sold | 11/04/11 | J | | |
| 71. -- Passive Age Based Portfolio | | None | J | T | Buy | 11/04/11 | J | | |
| 72. -- Passive Age Based Portfolio | | None | J | T | Buy | 11/04/11 | J | | |
| 73. 529 Acct. # 2 | | | | | | | | | |
| 74. -- Short Term Yield Portfolio A | | None | K | T | | | | | |
| 75. IRA # 2 | A | Dividend | J | T | | | | | |
| 76. -- Van Eck Intl Invs Gold Fund | | | | | | | | | |
| 77. IRA # 3 | | None | K | T | | | | | |
| 78. -- Ishares Comex Gold Trust | | | | | | | | | |
| 79. -- Ishares Silver | | | | | | | | | |
| 80. Annuity # 1 | | | | | | | | | |
| 81. -- Fidelity VIP Money Market | | None | K | T | | | | | |
| 82. Tennis Channel 401(K) | | | | | | | | | |
| 83. -- American Funds Money Market Fund | | None | L | T | | | | | |
| 84. IRA # 4 | | | | | | | | | |
| 85. -- Pershing Gvt. Money Market (Centaurus Financial) | | None | J | T | Open | 09/03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Van Eck Intl. Invs. Gold Fund | A | Dividend | J | T | | | | | |
| 87. -- KBS Real Estate Inv. Trust II, Inc. | B | Dividend | L | T | | | | | |
| 88. -- Ishares Silver | | None | J | T | | | | | |
| 89. IRA # 5 | A | Dividend | J | T | | | | | |
| 90. -- Van Eck Intl. Invs. Gold Fund | | | | | | | | | |
| 91. IRA # 6 | | | | | | | | | |
| 92. -- RBS Citizens Insured Deposit | | None | J | T | Buy | 10/11/11 | J | | |
| 93. -- Fidelity Asset Mgr. | | None | J | T | | | | | |
| 94. -- Janus Overseas Fund | | None | J | T | | | | | |
| 95. ING account # 1 | A | Interest | L | T | | | | | |
| 96. ING account # 2 | A | Interest | J | T | | | | | |
| 97. ING account #3 | A | Interest | J | T | Buy | 06/07/11 | J | | |
| 98. Annuity # 2 - John Hancock | | None | L | T | | | | | |
| 99. UTMA Account #1 | | | | | | | | | |
| 100. -- Oppenheimer Gold & Special Minerals | A | Dividend | J | T | Buy | 12/20/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Section VII, Investments and Trusts:

529 Acct. #3, holding American Funds Money Market Fund, was sold on 12/3/10. The value code is J. There was no gain. The funds were used to open UTMA Account #1, for which Oppenheimer Gold & Special Minerals was bought on 12/20/10. The value code for that purchase is J. The 2010 Financial Disclosure Report inaccurately indicates that Ishares Silver was bought and Pershing Gvt. Money Market was redeemed for IRA #5 on 12/2/10. Those transactions instead occurred for IRA #4. In addition, the 2010 Financial Disclosure Report mistakenly includes Brokerage Acct. #3. That account was closed, and the funds in the money market were redeemed, on 9/22/09. The value code for that redemption is J. There was no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victoria S. Kaufman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544